# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN KATTUAH,<br><br>                      Plaintiff,<br><br>        v.<br><br>BARCLAYS BANK DELAWARE; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC, AND DOES 1-10 inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-03333-SPG-BFM<br><br>**ORDER DISMISSING BARCLAYS BANK DELAWARE [ECF NO. 53]** |

    Before the Court is the Joint Notice to Dismiss Barclays Bank Delaware Only With Prejudice filed by Plaintiff Lauren Kattuah and Defendant Barclays Bank Delaware. (ECF No. 53). Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby DISMISSES this matter, with prejudice, as to Defendant Barclays Bank Delaware

only. Plaintiff Lauren Kattuah and Defendant Barclays Bank Delaware shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: October 15, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE